No. 741. GRAY ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Motion to dispense with printing petition granted. Certiorari denied. *David Arthur Binder* for petitioners. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 803. COLORADO MILLING & ELEVATOR Co. *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *George E. Heneghan* for petitioner. *Lyman J. Bishop* for respondent.

No. 140, Misc. CLARK *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *John S. Burton,* Assistant Attorney General, for respondent.

No. 148, Misc. KIRK *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Raymond M. Momboisse* and *Richard K. Turner,* Deputy Attorneys General, for respondent.

No. 221, Misc. NEWMAN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Assistant Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 249, Misc. DEGROAT *v.* NEW YORK STATE SUPREME COURT ET AL. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Lester Esterman,* Assistant Attorney General, for respondents.